UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALFRED CONTRERAS,

       Petitioner(s),

                                                 Civil Case No. 08-11526

v.                                       Criminal Case No. 05-50088

                                                 HON. PAUL D. BORMAN

UNITED STATES OF AMERICA,

       Respondent(s).

_____/

## ORDER ADOPTING MAGISTRATE JUDGE HLUCHANIUK'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's report and recommendation, as well as any objections thereto filed by the parties, and being fully advised, now therefore;

**IT IS ORDERED** that the Court adopts  Magistrate Judge Hluchaniuk's  report and recommendation.

**IT IS FURTHER ORDERED** that the Court dismisses petitioner's first and fourth claims of his petition under 28 USC 2255 filed April 8, 2008.


                                  S/Paul D. Borman
                                  PAUL D. BORMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  June 3, 2009

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on June 3, 2009.


                                  S/Denise Goodine
                                  Case Manager